FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
Email      ffalzetta@sheppardmullin.com
              ssveslosky@sheppardmullin.com

COLRENA K. JOHNSON, Cal. Bar No. 143860
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130
Email      ckjohnson@sheppardmullin.com

Attorneys for Defendants West American
Insurance Company, Ohio Security
Insurance Company and Ohio Casualty
Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZOX LLC, a California Limited liability Company,<br><br>           Plaintiff,<br><br>     v.<br><br>WEST AMERICAN INSURANCE COMPANY; OHIO SECURITY INSURANCE COMPANY; and OHIO CASUALTY INSURANCE COMPANY,<br><br>           Defendants. | Case No. 2:22-cv-02867-JFW-MRW<br><br>Assigned to: The Hon. John F. Walter<br><br>[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER<br><br>Complaint Filed:  April 29, 2022 |

-1-

1

## __ORDER__

2        Having reviewed the foregoing proposed Stipulated Protective Order, and for

3 good cause shown, the Court hereby makes the Stipulated Protective Order an Order

4 of the Court.

5

6 IT IS SO ORDERED

7

8 DATED:   __October 4__ , 2022

9                                 /S/

10                  HON. MICHAEL R. WILNER
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4888-6122-1172.1

Case No. 2:22-CV-2867
[PROPOSED] ORDER ON STIPULATED
PROTECTIVE ORDER