JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZOX LLC, a California Limited liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST AMERICAN INSURANCE COMPANY; OHIO SECURITY INSURANCE COMPANY; and OHIO CASUALTY INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:22-cv-02867-JFW-MRW<br><br>Assigned to: The Hon. John F. Walter<br><br>**JUDGMENT**<br><br>Complaint Filed:   April 29, 2022<br>Pretrial Conference: June 23, 2023<br>Trial Date:          July 11, 2023 |

    The Court having granted the Motion for Summary Judgment of Defendants West American Insurance Company, Ohio Security Insurance Company, and Ohio Casualty Insurance Company on December 19, 2022, and good cause having been shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

    1.    Judgment is entered in favor of Defendants West American Insurance Company, Ohio Security Insurance Company, and Ohio Casualty Insurance

Company ("Defendants"), and against Plaintiff Zox LLC.  Plaintiff Zox LLC shall take nothing in this action; and

     2.    Defendants shall recover from Plaintiff Zox LLC the costs that they incurred in this action, as the Clerk of the Court shall determine.

DATED:  January 19, 2023

*[signature]*

Honorable John F. Walter
United States District Judge